```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 28550
   MARSHALL P LEWIS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

       Debtor
   SSN XXX-XX-5163


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/02/2004 and was confirmed 10/20/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  71.23% from remaining funds.

     The case was paid in full 10/30/2007.
--------------------------------------------------------------------------------
                                                        INTEREST     PRINCIPAL
CREDITOR NAME                 CLASS      CLAIM AMOUNT     PAID          PAID
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY         4963.78         .00        4963.78
CAPITAL ACQUISTIONS & MA  UNSECURED       NOT FILED        .00            .00
CAPITAL ONE               UNSECURED       NOT FILED        .00            .00
CITY OF CHICAGO PARKING   UNSECURED         5235.00        .00        3729.10
CITY OF CHICAGO REVENUE   UNSECURED       NOT FILED        .00            .00
COLUMBIA HOUSE            UNSECURED       NOT FILED        .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED OTH    689.28          .00         490.98
ILLINOIS SECRETARY OF ST  UNSECURED       NOT FILED        .00            .00
NATIONAL CAPITAL MGNT     UNSECURED         700.21         .00         498.79
US PACIFIC MANAGEMENT     NOTICE ONLY     NOT FILED        .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        3516.40         .00        2504.87
U STORE IT                SECURED           164.99         .00         164.99
ZALUTSKY & PINSKI LTD     REIMBURSEMENT     194.00         .00         194.00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY      2,200.00                   2,200.00
TOM VAUGHN                TRUSTEE                                      841.49
DEBTOR REFUND             REFUND                                       102.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                15,690.00

PRIORITY                                      5,157.78
SECURED                                         164.99
UNSECURED                                     7,223.74
ADMINISTRATIVE                                2,200.00
TRUSTEE COMPENSATION                            841.49
DEBTOR REFUND                                   102.00
                       ---------------      ---------------
TOTALS                 15,690.00             15,690.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 28550 MARSHALL P LEWIS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                          /s/ Tom Vaughn
Dated: 03/27/08                           _____
                                          TOM VAUGHN
                                          CHAPTER 13 TRUSTEE
```